**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**CLIFFORD DAVIS/ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

THOMAS M. GOULD,                                                    WENDY OLIVER
CLERK OF COURT                                                      CHIEF DEPUTY, MEMPHIS

April 17, 2018

Clerk, U. S. District Court
Middle District of Pennsylvania
Williamsport Division

RE:   USA v. John Sherman Jumper
      Your Case # 4:128
      Our Case # 2:18-mj-054-1-tmp

Dear Clerk:

Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the District of Nevada – Las Vegas Division and appeared before United States Magistrate Judge Tu M. Pham on December 29, 2017.

[ ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ x ]   The defendant has been released on an **ROR BOND** and ordered to appear in your district on the following date:   **Thursday, April 26, 2018 at 10:30 AM in Courtroom # 3 for Arraignment/Initial Appearance**.

All documents completed in this district may be accessed via PACER and at our website at:
https://ecf.tnwd.uscourts.gov.

                                              Thank you,

                                              THOMAS M. GOULD, CLERK

                                              BY:   s/ Sandra McClain
                                                    Sandra McClain, Case Manager
                                                    (901) 495-1317

U.S. District Court
Western District of Tennessee (Memphis)
**CRIMINAL DOCKET FOR CASE #: 2:18-mj-00054-tmp All Defendants**
Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Jumper | Date Filed: 04/17/2018 |
| Other court case number: 4:18cr128 Middle District of Pennsylvania at Williamsport | Date Terminated: 04/17/2018 |

Assigned to: Magistrate Judge Tu M. Pham

**Defendant (1)**

**John Sherman Jumper**
*TERMINATED: 04/17/2018*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Elizabeth Jane Rogers**<br>US ATTORNEY'S OFFICE<br>167 N. Main<br>Suite 800<br>Memphis, TN 38103<br>901-544-4231<br>Email: elizabeth.rogers@usdoj.gov<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2018 | 1 | Out of District Arrest Warrant Returned Executed on 04/17/2018 as to John Sherman Jumper. Defendant in custody on a Warrant out of the Middle District of Pennsylvania - Williamsport Division - Case # 4:18-cr-128. (smm) (Entered: 04/18/2018) |
| 04/17/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to John Sherman Jumper : Initial Appearance in Rule 5 Proceedings as to John Sherman Jumper was held on 4/17/2018. Defendant in custody on a Warrant out of the Middle District of Pennsylvania - Williamsport Division - Case # 4:18-cr-128. The court read the charges to the defendant and advised him of his rights. Defendant to retain counsel. Defendant stated he will retain David Smith with the McCormick Law Firm located in the charging district. BRA explained and signed. Bond set at ROR. Defendant waived the identity and removal hearings. Waiver of Rule 5 hearings signed and entered by the defendant. Defendant ordered to appear in the Middle District of Pennsylvania - Williamsport Division on Thursday, April 26, 2018 at 10:30 AM in Courtroom # 3 for Arraignment/Initial Appearance. Order Requiring Defendant to Appear in District of Prosecution and Transferring Bail Entered. (AUSA: Elizabeth Rogers) (Defense Counsel: Serena Gray, AFPD) (Tape #FTR.) (smm) (Entered: 04/18/2018) |
| 04/17/2018 | 3 | ORDER Setting Conditions of Release as to John Sherman Jumper (1). Bond set at ROR. Signed by Magistrate Judge Tu M. Pham on 04/17/2018. (Pham, Tu) (Entered: 04/18/2018) |
| 04/17/2018 | 4 | *SEALED* Bail Information Sheet as to John Sherman Jumper. (smm) (Entered: 04/18/2018) |
| 04/17/2018 | 5 | WAIVER of Rule 5(c)(3) Hearings by John Sherman Jumper. (smm) (Entered: 04/18/2018) |
| 04/17/2018 | 6 | ORDER REQUIRING THE DEFENDANT TO APPEAR IN THE DISTRICT OF PROSECUTION as to John Sherman Jumper. Defendant ordered to appear in the Middle District of Pennsylvania - Williamsport Division on Thursday, April 26, 2018 at 10:30 AM in Courtroom # 3 for Arraignment/Initial Appearance. Signed by Magistrate Judge Tu M. Pham on 04/17/2018. (Pham, Tu) (Entered: 04/18/2018) |
| 04/17/2018 | 7 | NOTICE as to John Sherman Jumper: Rule 5 Documents sent to the Middle District of Pennsylvania - Williamsport Division. (smm) (Entered: 04/18/2018) |
| 04/17/2018 |  | (Court only) ***Staff Notes as to John Sherman Jumper: Rule 5 Documents emailed to Cindy Hitesman/PAMD/03/USCOURTS (smm) |

|            |   |                                                                                                                   |
|------------|---|-------------------------------------------------------------------------------------------------------------------|
|            |   | (Entered: 04/18/2018)                                                                                             |
| 04/17/2018 | 🔒 | (Court only) ***Terminated defendant John Sherman Jumper, pending deadlines, and motions. (smm) (Entered: 04/18/2018) |

AO 199A (Rev. 12/11) Order Setting Conditions of Release       Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America )
v. )
) Case No.  2:18 mj 054-tmp-1
JOHN SHERMAN JUMPER )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   the United States Courthouse and Federal Building at 240 W. Third Street in
*Place*
Williamsport, PA, 17701 on Thursday, April 26, 2018 at 10:30 AM in CR # 3 for an Initial Appearance/Arraignment.

on                                 4/26/2018 10:30 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.    Pennsylvania Middle District Court
Williamsport Divisional Office
Herman T. Schneebeli Federal Building
240 West Third Street, Suite 218
Williamsport, PA 17701-7701
(570) 323-6380

AO 199C (Rev. 09/08) Advice of Penalties  Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Memphis, TN
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4/17/2018                        s/ Tu M. Pham
                                       *Judicial Officer's Signature*

                                       TU M. PHAM, UNITED STATES MAGISTRATE JUDGE
                                       *Printed name and title*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN SHERMAN JUMPER<br>*Defendant* | )<br>)<br>)   Case No.  2:18 mj 054-tmp-1<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____JOHN SHERMAN JUMPER_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

    (   ) (a)   $ _____ , in cash deposited with the court.

    (   ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 04/17/2018

*Defendant's signature*

_____   _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____   _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____   _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: 04/17/2018

s/ Sandra McClain
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 04/17/2018

s/ Tu M. Pham
*Judge's signature*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:18mj052-1-tmp |
| ) | |
| JOHN SHERMAN JUMPER ) | Charging District's Case No. 4:18cr128 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Middle District of Pennsylvania - Williamsport Division__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 04/17/18

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:18 mj 054-tmp |
| | ) | |
| JOHN SHERMAN JUMPER | ) | Charging District:   Middle District of Pennsylvania |
| *Defendant* | ) | Charging District's Case No.   4:18cr128 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States District Court, Middle District of PA<br>240 West Third Street, 3rd Floor<br>Williamsport, Pennsylvania 17701-7701 | Courtroom No.: 3 |
| | Date and Time: 4/26/2018 10:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   03/01/2018

s/ Tu M. Pham
*Judge's signature*

TU M. PHAM, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:18-CR-128 |
| JOHN SHERMAN JUMPER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JOHN SHERMAN JUMPER ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Wire Fraud etc (18 U.S.C. Section 1343 etc)

Date: 04/13/2018

*Issuing officer's signature*

City and state:    Williamsport, Pennsylvania       Peter J. Welsh, Acting Clerk by L. Gonsalves, deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 04/17/2018 , and the person was arrested on *(date)* 04/17/2018
at *(city and state)* Memphis, Tennessee .

Date: 04/17/2018

*Arresting officer's signature*

Aaron Brown   Special Agent
*Printed name and title*