```
              IN THE UNITED STATES DISTRICT COURT FOR
                THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,     :
                              :
          v.                  :
                              : No. 4:18-CR-128
JOHN JUMPER,                  :
                              :
               Defendant.     : Judge Brann
```

**REQUEST FOR PRE-TRIAL DISCLOSURE OF NOTICE OF INTENT
TO USE EVIDENCE PURSUANT TO FED. R. EVID. 609(B)**

Defendant John Jumper, by and through his undersigned counsel, pursuant to Rule 609(b) of the Federal Rules of Evidence, requests from the Government pre-trial written disclosure of its intent to use any evidence which it will argue is admissible under the provisions of Rule 609(a)(1) and/or (2).

Dated:   May 22, 2018

                              MIELE & RYMSZA, P.C.


                         By:  s/ Edward J. Rymsza
                              Edward J. Rymsza, Esq.
                              Pa. I.D. No. 82911
                              Attorney for Defendant
                              125 East Third Street
                              Williamsport, PA  17701
                              (570) 322-2113
                              (570) 322-8813 (facsimile)
                              rymsza@comcast.net

**CERTIFICATE OF SERVICE**

    I, Edward J. Rymsza, Esq., hereby certify that on this 22d day of May 2018, I served the foregoing Request for Pre-trial Disclosure Pursuant to Fed. R. Evid. 609(b) upon George Rocktashel, Esq. by electronic mail.

Dated:   May 22, 2018

                                MIELE & RYMSZA, P.C.

                        By:   s/ Edward J. Rymsza
                               Edward J. Rymsza, Esq.
                               Pa. I.D. No. 82911
                               Attorney for Defendant
                               125 East Third Street
                               Williamsport, PA  17701
                               (570) 322-2113
                               (570) 322-8813 (facsimile)
                               rymsza@comcast.net