# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 4:18-CR-00128 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| JOHN SHERMAN JUMPER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### MARCH 6, 2019

**BACKGROUND:**

On April 12, 2018, a grand jury sitting in the Middle District of Pennsylvania returned an Indictment as to the above-named defendant. Jury selection and trial are currently scheduled for April 1, 2019.

On March 4, 2019, Defendant, John Sherman Jumper, moved for a continuance of jury selection and trial to obtain and review all the discovery, determine what, if any, pre-trial motions are necessary, and ultimately prepare for trial. Defendant is asking for a 60-day continuance. Defendant obtained the concurrence of opposing counsel. Trial will be continued to the June 2019 term of this Court.

The court makes the following findings:

1. Counsel has requested a continuance to obtain and review all the discovery, determine what, if any, pre-trial motions are necessary, and ultimately prepare for trial.

2. Failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Failure to grant the requested continuance would be likely to result in a miscarriage of justice.

4. The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161 (h)(7)(A).

**NOW, THEREFORE, IT IS ORDERED** that:

1. Defendant's Motion to Continue Jury Selection and Trial and for an Extension to File Pre-Trial Motions, ECF No. 35, is **GRANTED**.

2. Jury selection is continued from April 1, 2019 to **June 3, 2019 at 9:30 a.m.**, in Courtroom No. 1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

3. All deadlines for filing of Pre-Trial Motions and other deadlines as set forth in the April 27, 2018 Scheduling Order shall be moved forward sixty (60) days.

4. For purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. § 3161 (h)(7)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge